**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
|---|---|---|
| v. | : | DATE FILED: March 22, 2023 |
| MARK MUFFLEY | : | VIOLATION:<br>49 U.S.C. § 46505(b)(3), (c) (placing, |
| | : | attempting to place, or attempting to have placed, an explosive on an aircraft – 1 count) |
| | : | 18 U.S.C. § 844(g)(1) (possession of explosive in an airport – 1 count) |
| | : | Notice of forfeiture (1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 27, 2023, in Lehigh County, in the Eastern District of Pennsylvania, and elsewhere, the defendant

**MARK MUFFLEY**

knowingly and willfully and without regard for the safety of human life, and with reckless disregard for the safety of human life, placed, attempted to place, and attempted to have placed, an explosive or incendiary device, namely a commercial grade firework containing approximately 135 grams of energetic material, on an aircraft, namely, Allegiant Air Flight 201, bound for Orlando Sandford International Airport, and that aircraft was in or intended for operation in air transportation.

In violation of Title 49, United States Code, Section 46505(b)(3), and (c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 27, 2023, in Lehigh County, in the Eastern District of Pennsylvania, and elsewhere, the defendant

**MARK MUFFLEY**

knowingly possessed an explosive, namely a commercial grade firework containing approximately 135 grams of energetic material, in Lehigh Valley International Airport, an airport that was subject to the regulatory authority of the Federal Aviation Administration, without the written consent of the agency, department, or other person responsible for the management of said airport.

In violation of Title 18, United States Code, Section 844(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 844(g), set forth in this indictment, the defendant

**MARK MUFFLEY**

shall forfeit to the United States of America any explosive material involved in, used, and intended to be used to commit such offense.

All pursuant to Title 18, United States Code, Section 844(c)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**GRAND JURY FOREPERSON**

**JACQUELINE C. ROMERO**
**United States Attorney**

3

No. 23-

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MARK MUFFLEY

INDICTMENT

49 U.S.C. § 46505(b)(3), (c) (placing, attempting to place, or attempting to have placed, an explosive on an aircraft – 1 count)

18 U.S.C. § 844(g)(1) (possession of explosive in an airport – 1 count)

Notice of forfeiture (1 count)



Filed in open court this _22 nd_ day,
Of _MARCH_ A.D. 20 _23_

_____
Clerk

Bail, $ _____